# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 12-512-11** |
| | : | |
| **HECTOR GONZALEZ** | : | |

## ORDER

**NOW**, this 11th day of August, 2016, upon consideration of the Motion for Sentence Reduction, Alternatively, Motion for Modification of an Imposed Term of Imprisonment Pursuant to the Provisions of 18 U.S.C. § 3582(c)(2) and Amendment 782 (Document No. 420) and the government's response, it is **ORDERED** that the motion is **DENIED.**

          /s/Timothy J. Savage
          TIMOTHY J. SAVAGE,  J.